# UNITED STATES DISTRICT COURT
## for the
## Middle District of Tennessee

| | |
|---|---|
| HOLLY MATTHEWS<br>*Plaintiff*<br>v.<br>XSOLIS, INC.<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   3:26-CV-00839

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant XSOLIS, INC.                                                                 .

Date:    07/07/2026

/s/Melody McAnally
*Attorney's signature*

Melody McAnally (TN BPR 025971)
*Printed name and bar number*

Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
*Address*

melody.mcanally@butlersnow.com
*E-mail address*

(901) 680-7200
*Telephone number*

(901) 680-7201
*FAX number*

Print          Save As...                                   Reset